IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 6 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| DOMINIQUE GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:03-CV-0349 |
| § | |
| JO ANNE BARNHART, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING THE DECISION OF THE COMMISSIONER, and REMANDING FOR FURTHER ADMINISTRATIVE ACTION

Came for consideration plaintiff DOMINIQUE GARCIA's appeal of the decision of the Commissioner of Social Security denying plaintiff disability benefits. The United States Magistrate Judge entered a Report and Recommendation on January 19, 2007, recommending therein that the decision of the Commissioner be reversed and the case remanded to the Commissioner for further administrative action. On February 2, 2007, defendant gave notice that she does not object to the decision made in the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Report and Recommendation of the United States Magistrate Judge is hereby ADOPTED. Accordingly, the Commissioner's administrative decision finding plaintiff not disabled is REVERSED, and the decision is REMANDED to the Commissioner for further

administrative proceedings consistent with the Report and Recommendation of the Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

ENTERED this ___6th___ day of ___February___ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE